# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIEL AND LINDA GALLARDO, | ) Case No.: 5:12-cv-00444-AG-DTB |
| Plaintiffs, | ) |
| vs. | ) **JUDGMENT OF DISMISSAL** |
| WELLS FARGO BANK N.A., and DOES 1-10, Inclusive, | ) |
| Defendants. | ) |

On June 18, 2012, the Court entered its Order Granting Motion to Dismiss without leave to amend.   In connection with the Order,

1

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. A judgment of Dismissal with Prejudice is entered in favor of Defendant WELLS FARGO BANK, N.A., and against Plaintiff, ARIEL GALLARDO.

**IT IS SO ORDERED.**

Date:  July 18, 2012

_____
The Honorable U.S. District Court Judge